## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA


| | |
|---|---|
| **ROBERT GENE REGA ,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **VS.** | :   **Civil Action No.** |
| | : |
| **PENNSYLVANIA DEPARTMENT OF** | : |
| **CORRECTIONS, SCI COAL TOWNSHIP,** | : |
| **SCI ALBION, JOHN WETZEL, WILLIAM** | : |
| **SPRENKLE, ROBERT GILMORE, FNU** | : |
| **GRIM, FNU MATTHEWS, FNU** | : |
| **VANDIVNER, FNU DAVIS, JOHN/JANE** | : |
| **DOE'S SCI COAL TOWNSHIP, JOHN/JANE** | : |
| **DOE'S SCI ALBION,** | |
| | |
| **Defendants.** | |


### NOTICE OF REMOVAL

AND NOW, come Defendants **PENNSYLVANIA DEPARTMENT OF**

**CORRECTIONS, JOHN WETZEL, SPRENKLE, DAVIS, GILMORE, GRIM, JAMES,**

**MATTHEWS, VANDIVNE**, by their attorneys, John P. Senich Jr., Deputy Attorney General,

and Keli M. Neary, Chief Deputy Attorney General, Chief, Litigation Section and pursuant to 28

U.S.C. §§ 1441 and 1446, hereby remove the above-captioned action from the Court of Common

Pleas of Greene County to the United States District Court for the Western District of

Pennsylvania.  Grounds in support of removal are as follows:

1.      Plaintiff commenced this civil action by Complaint on or about April 24, 2019, in

the Court of Common Pleas of Greene County at Civil Action Number 285, 2019.  A copy of the

Complaint is attached as Exhibit "A".

2.      The Department of Corrections was served by Sheriff on April 26, 2019, and the Office of Attorney General received Notice of Referral/Service on June 5, 2019.[1]

3.      The Complaint raises claims of, retaliation and conspiracy under 42 U.S.C. §1983; property damage; and Consumer Protection and Unfair trade Practices under 73 P.S. § 201-1, et seq. against the individual Defendants for alleged violations of Plaintiff's rights under the First Amendment in connection with Plaintiff's television allegedly being damaged for retaliatory purposes and staff conspiring to damage the television.

4.      This Court has original jurisdiction over Plaintiff's federal actions pursuant to 28 U.S.C. § 1331 and §1343.  Accordingly, Defendants are entitled to remove the action to this Court pursuant to 28 U.S.C. § 1441(a) and (b).

5.      This Notice of Removal is being filed within 30 days after receipt of Plaintiff's state court Complaint by the Office of Attorney General, as required by 28 U.S.C. § 1446(b).

6.      Copies of this Notice of Removal will be duly filed with the Prothonotary of the Court of Common Pleas of Greene County and served upon plaintiff.

7.      In removing this action, Defendants do not waive their objections to defects in service or improper service, or any defenses, including without limitation, defenses available by virtue of the Eleventh Amendment to the United States Constitution or under the Pennsylvania Sovereign Immunity Act.

---

[1] There are three Defendants named in the Complaint that have not yet been served: SCI Coal Township, Donald Adamson and Victor Santoyo.

Respectfully Submitted,

**JOSH SHAPIRO**
Attorney General

**/s/  John P. Senich Jr.**

John P. Senich Jr.
Deputy Attorney General
Pa. I.D. # 317813

OFFICE OF ATTORNEY GENERAL
1251 Waterfront Plaza
Mezzanine Level
Pittsburgh, PA 15222

Date:  June 12, 2019

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was

filed electronically and will be served via First-Class Mail, postage prepaid upon plaintiff as set

forth below:

Robert Gene Rega
FA 4771
SCI-Greene
PO BOX 33028
St. Petersburg, FL 33733

/s/ John P. Senich Jr.

Dated:   June 12, 2019